Chelsea Stewart-Fusek, OSB # 224994
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 11374
Portland, OR 97211
(971) 717-6425
cstewartfusek@biologicaldiversity.org

Tala DiBenedetto (seeking admission *pro hac vice*)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 371
Oceanside, NY 11572-0371
(718) 874-6734, ext. 555
tdibenedetto@biologicaldiversity.org

Collette L. Adkins (seeking *admission pro hac vice*)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 595
Circle Pines, MN 55014-0595
(651) 955-3821
cadkins@biologicaldiversity.org

*Attorneys for Plaintiff Center for Biological Diversity*

**UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**, a non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>**U.S. FOREST SERVICE; TOM VILSACK**, in his official capacity as U.S. Department of Agriculture; **REBECCA BROOKE**, in her official capacity of Forest Supervisor for the Siuslaw Forest.<br><br>Defendants. | Case No. 6:24-cv-00930<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Center for Biological Diversity hereby states that the Center is a 501(c)(3) non-profit organization that has no parent corporations and no stock, and that there is no publicly held corporation that owns any stock in the organization.

Respectfully submitted this 11th day of June, 2024.

/s/ Tala DiBenedetto
Tala DiBenedetto (NY Bar No. 5836994)*
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 371
Oceanside, NY 11572-0371
(718) 874-6734, ext. 555
tdibenedetto@biologicaldiversity.org
Attorney for Center for Biological Diversity

/s/ Collette L. Adkins
Collette L. Adkins (MN Bar No. 035059X)*
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 595
Circle Pines, MN 55014-0595
(651) 955-3821
cadkins@biologicaldiversity.org
Attorney for Center for Biological Diversity

/s/ Chelsea Stewart-Fusek
Chelsea Stewart-Fusek, OSB # 224994
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 11374
Portland, OR 97211
(971) 717-6425
cstewartfusek@biologicaldiversity.org
Attorney for Center for Biological Diversity

*Seeking admission *pro hac vice*