# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY <br><br> *Plaintiff(s)* <br> v. <br> U.S. FOREST SERVICE; TOM VILSACK, in his official capacity as Secretary of the U.S. Department of Agriculture; REBECCA BROOKE, in her official capacity of Forest Supervisor for the Siuslaw Forest. <br> *Defendant(s)* | Civil Action No. 6:24-cv-00930-AA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Forest Service
1400 Independence Ave. SW
Washington, D.C. 20250-0003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Chelsea Stewart-Fusek
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 06/12/2024

By: s/L Errecart, Deputy Clerk